

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/23/24__

26 Federal Plaza, 37th Floor
New York, New York 10278

# MEMO ENDORSED

October 22, 2024

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Brandenstein*, **24 Cr. 121 (LAK)**

Dear Judge Kaplan:

    The Government respectfully writes to request the exclusion of time in this matter. On September 10, 2024, the Court adjourned a scheduled status conference and adopted a motion schedule for the parties, which set a deadline of October 15, 2024 for defense motions, November 1, 2024 for the Government's response, and November 11, 2024 for the defense reply. The defense has not filed any motions to date. However, the defense has informed the Government that it intends to submit a mitigation submission to the Government tomorrow.

    The Government therefore requests, with the consent of the defendant, by and through defense counsel, that the Court exclude time through November 11, 2024 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to permit the defense to transmit its mitigation submission to the Government, for the Government to review the mitigation submission provided by the defense, and for the parties to confer regarding potential pre-trial dispositions.

Granted.

10/23/24

SO ORDERED
*/s/ Lewis A. Kaplan*
LEWIS A. KAPLAN, USDJ

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   __/s_____
    Mitzi Steiner
    Assistant United States Attorney
    (212) 637-2284

Cc: All Counsel of Record (by ECF)