**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

26 Federal Plaza, 37th Floor
New York, New York 10278

MEMO ENDORSED

November 15, 2024

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/24

Re:   *United States v. Brandenstein*, 24 Cr. 121 (LAK)

Dear Judge Kaplan:

The Government respectfully writes on behalf of the parties to provide a status update in this matter. On October 23, 2024, the Government received the defense's mitigation submission. The Government is currently in the process of reviewing the defendant's submission. Accordingly, the parties request that the Court schedule a conference in this matter in the first or second week of January to permit the Government to complete its review of the defendant's mitigation submission and for the parties to discuss potential dispositions in this matter.

In addition, the Government requests, with the consent of the defendant, by and through defense counsel, that the Court exclude time through the date of the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to permit the Government to review the defense's mitigation submission, and for the parties to confer regarding potential pre-trial dispositions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s
Mitzi Steiner
Assistant United States Attorney
(212) 637-2284

Cc: All Counsel of Record (by ECF)

The Court will hold a conference on 1/3/25 at 10 a.m. Time excluded to and including 1/3/25 for reasons stated.

SO ORDERED

LEWIS A. KAPLAN, USDJ   11/18/24