**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

26 Federal Plaza, 37th Floor
New York, New York 10278

**MEMO ENDORSED**

December 30, 2024

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Brandenstein*, 24 Cr. 121 (LAK)

Dear Judge Kaplan:

    The Government respectfully writes on behalf of the parties to request an adjournment of the upcoming conference in this matter, which is currently scheduled for Friday, January 3, 2025. On October 23, 2024, the Government received the defense's mitigation submission. The defendant's mitigation submission is currently being reviewed by the Government's mitigation committee, but the committee has not yet completed its review. Accordingly, the parties request that the Court adjourn the conference in this matter for approximately four weeks. Such an adjournment will permit the Government to complete its review of the defendant's mitigation submission and for the parties to discuss potential dispositions in this matter.

    In addition, the Government requests, with the consent of the defendant, by and through defense counsel, that the Court exclude time through the date of the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to permit the Government to complete its review of the defense's mitigation submission, and for the parties to confer regarding potential pre-trial dispositions.

Granted. Adjourned to 1/29/205 at 12:45 pm. Time excluded to and including 1/29/2025. The interests of justice served thereby outweigh the interests of the defendant and the public in a speedy trial as the exclusion promotes the possibility of a just resolution of the matter.

SO ORDERED

*[signature]* 12/31/24

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

By:   /s/                  
    Mitzi Steiner
    Assistant United States Attorney
    (212) 637-2284

Cc: All Counsel of Record (by ECF)