

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

26 Federal Plaza, 37th Floor
New York, New York 10278

January 28, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/25

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:    *United States v. Brandenstein*, 24 Cr. 121 (LAK)

Dear Judge Kaplan:

The Government respectfully writes on behalf of the parties to request an adjournment of the upcoming conference in this matter, which is currently scheduled for Wednesday, January 29, 2025. On October 23, 2024, the Government received the defense's mitigation submission. The defendant's mitigation submission is currently pending before the mitigation committee, however, the mitigation committee requires additional time to complete its review of the defendant's submission. Accordingly, the parties request that the Court adjourn the conference in this matter for an additional thirty days. The Government anticipates that such an adjournment will permit the committee to complete its review of the defendant's mitigation submission and for the parties to discuss potential dispositions in this matter.

In addition, the Government requests, with the consent of the defendant, by and through defense counsel, that the Court exclude time through the date of the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to permit the Government to complete its review of the defense's mitigation submission, and for the parties to confer regarding potential pre-trial dispositions.

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney

By: /s
Mitzi Steiner
Assistant United States Attorney
(212) 637-2284

Cc: All Counsel of Record (by ECF)

*Adjourned to 2/26/2025 at 2 pm. Time excluded to and including 2/26/2025. The interests of justice served hereby outweigh interests in speedy trial.*

LEWIS A. KAPLAN, USDJ   1/28/25