

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 25, 2025

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Brandenstein*, 24 Cr. 121 (LAK)

Dear Judge Kaplan:

    The Government respectfully writes to request the exclusion of time in this matter. On March 25, 2024, the Court adjourned a scheduled status conference from March 26, 2025 to April 23, 2025. The defense has requested a plea agreement from the Government, and the Government is in the process of preparing that agreement. Accordingly, the Government respectfully requests, with the consent of the defendant, by and through defense counsel, that the Court exclude time through April 23, 2025 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to permit the Government to prepare and transmit a plea agreement to the defense, for defense counsel to review the agreement with the defendant, and for the parties to confer regarding a pre-trial disposition.

                      Respectfully submitted,

                      MATTHEW PODOLSKY
                      Acting United States Attorney

        By:   /s_____
                Mitzi Steiner
                Assistant United States Attorney
                (212) 637-2284

Cc: All Counsel of Record (by ECF)