# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

## MEMO ENDORSED
May 20, 2025

**Via ECF and Email**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/25

Re:   **United States v. Thomas Brandenstein**
      24 Cr. 121 (LAK)

Dear Judge Kaplan,

We write with respect to the status conference scheduled for Thursday, May 22, 2025, at 4:00 p.m. and to request a two-week adjournment.

Late last week, the defense received a written plea agreement from the Government. The defense requires time to review the agreement with Mr. Brandenstein and determine whether he requires the assistance of a German interpreter to understand any of its terms. To facilitate this process, the defense respectfully submits that a two-week adjournment of the status conference is warranted. The Government, by AUSA Mitzi Steiner, consents to this application.

We thank the Court for its consideration of this request.

Respectfully submitted,
/s/
Sylvie Levine
Andrew Dalack
Counsel for Mr. Brandenstein
212-417-8729

*Adjourned to 6/10/25 at 4 pm. Time excluded to and including 6/10/25. The interests of justice in pushing out would outweigh the interests of the public and the defendant in a speedy trial for reasons sufficient above.*

SO ORDERED
[signature]
LEWIS A. [KAPLAN]
5/21/25