# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 9, 2025

**Via ECF and Email**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    **United States v. Thomas Brandenstein**
        **24 Cr. 121 (LAK)**

Dear Judge Kaplan,

We write to respectfully respect to adjourn the status conference scheduled for tomorrow, Tuesday, June 10, 2025, at 4:00 p.m. for approximately 30 days.

The parties are in the process of negotiating the terms of a plea agreement; the defense received a version from the government and the parties are conferring regarding the applicable enhancements and statutes that should be included in the final version. We expect that the requested adjournment will enable us to complete that process.

The Government, by AUSA Mitzi Steiner, consents to this application.

Given the nature of this application, if it is granted, the defense consents to the exclusion of time under the Speedy Trial Act until the newly-selected date. Thank you for your consideration of this request.

Respectfully submitted,
/s/
Sylvie Levine
Andrew Dalack
Counsel for Mr. Brandenstein
212-417-8729