

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

July 11, 2025

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:   *United States v. Brandenstein*, 24 Cr. 121 (LAK)

Dear Judge Kaplan:

    The Government writes with consent of the defense to respectfully request that the conference scheduled for July 16, 2025, be adjourned to a date in approximately 30 days. The parties are continuing to discuss a potential resolution and the adjournment will enable the parties to continue those discussions.

    Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between July 16, 2025 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with counsel for the defendant, who do not object to the exclusion of time.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

    by:   /s/
        Elizabeth A. Espinosa
        Assistant United States Attorneys
        (212) 637-2216

CC: Counsel of Record

MEMO ENDORSED
Application granted. The 7/16/2025 conference is adjourned to 9/4/2025 at 11:00 AM in Courtroom 21B. Speedy trial time is excluded from today through and including 9/4/2025 for the reasons given above.
.
So Ordered:   /s/ Hon Lewis A. Kaplan
        United States District Judge.
Dated:  7/11/2025