U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

26 Federal Plaza, 37th Floor
New York, New York 10278

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-25
```

September 2, 2025

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    **Re:**    *United States v. Brandenstein*, 24 Cr. 121 (LAK)

Dear Judge Kaplan:

    The Government respectfully writes to request the exclusion of time in this matter. The Court previously excluded time through September 4, 2025. (Dkt. 41). The parties have since reached a disposition and have scheduled a plea hearing in the magistrate court for September 8, 2025. The Government therefore requests, with the consent of the defendant, by and through defense counsel, that the Court exclude time through September 22, 2025 (two weeks after the scheduled plea hearing) under the Speedy Trial Act, 18 U.S.C. § 3161(h), to permit the parties to participate in a plea hearing in the magistrate court, for the Government to obtain a transcript of the proceeding, and for the Government to provide the plea transcript and a proposed order entering the defendant's guilty plea to the Court.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:   /s/
    Mitzi Steiner
    Assistant United States Attorney
    (212) 637-2284

Cc: All Counsel of Record (by ECF)

*[Handwritten: Granted. The interests of justice served thereby outweigh the interests of the defendant and the public in a speedy trial.]*

*[Signed] 9/3/25*