

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

26

*Federal Plaza, 37th Floor*
*New York, New York 10278*

September 15, 2025

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:   *United States v. Brandenstein*, 24 Cr. 121 (LAK)

Dear Judge Kaplan:

    The Government respectfully submits a transcript of the defendant's change-of-plea hearing before Magistrate Judge Valerie Figueredo on September 8, 2025, and a proposed order accepting the defendant's guilty plea.

    The Government respectfully requests that the Court accept the defendant's guilty plea and enter the attached proposed order.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by: *[signature]*
    Mitzi S. Steiner
    Assistant United States Attorney
    (212) 637-2284

Enclosure
Transcript (Exhibit A)
Proposed Order (Exhibit B)