UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-17-25

UNITED STATES OF AMERICA,

v.

THOMAS ALEXANDER BRANDENSTEIN,

    Defendant.

[PROPOSED] ORDER

24 Cr. 121 (LAK)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Valerie Figueredo on September 8, 2025;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
       September 17, 2025

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK